# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CON-WAY FREIGHT, INC.,

    Plaintiff,

v.

MIKOHN SIGNS AND GRAPHICS, LLC,

    Defendant.

Case No. 2:10-CV-01188-KJD-LRL

**ORDER**

Plaintiff's Complaint (#1) was filed July 19, 2010. Service of the summons and complaint was executed on Defendant on July 27, 2010. The answer was due on August 18, 2010. However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, Plaintiff is ordered to file a status report, motion for default judgment, or notice of voluntary dismissal no later than November 22, 2010.

**IT IS SO ORDERED.**

DATED this 5th day of November 2010.

_____
Kent J. Dawson
United States District Judge