# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CON-WAY FREIGHT, INC.,

    Plaintiff,

v.

MIKOHN SIGNS AND GRAPHICS, LLC,

    Defendant.

Case No. 2:10-CV-01188-KJD-LRL

**ORDER**

    On November 5, 2010, the Court ordered Plaintiff to file a status report, motion for default judgment or notice of voluntary dismissal no later than November 22, 2010. On November 22, 2010, Plaintiff filed a Motion for Entry of Clerk's Default (#10). However, Plaintiff's motion appears to have combined the motion and affidavit with a proposed order. For example, if the document was intended to be a proposed entry of default it left no blank for a signature. The Clerk's Office sent Notice (#11) to Plaintiff asking to refile the motion in the correct format, but Plaintiff has taken no action of record. Accordingly, the Court denies the Motion (#10). After consulting the clerk's office help desk, Plaintiff may refile the motion for entry of clerk's default in the correct format.

    Additionally, on November 5, 2010, Plaintiff filed a Status Report (#9) suggesting that it may have a related cause of action against a third party for fraudulent transfer. Accordingly, the Court

orders Plaintiff to file a status report, amended complaint, motion for default judgment, or notice of voluntary dismissal no later than January 19, 2011.

**IT IS SO ORDERED.**

DATED this 5th day of January 2011.

_____
Kent J. Dawson
United States District Judge