**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CON-WAY FREIGHT, INC., a Delaware Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MIKOHN SIGNS AND GRAPHICS, LLC,)<br>and DOES I-X and ROE CORPORATIONS)<br>I-X, inclusive, )<br>)<br>Defendant )<br>) | **Case No.: 10:cv:01188** |

**DEFAULT JUDGMENT**

Pursuant to the Default and Motion for Default Judgment filed herein,

IT IS ORDERED AND ADJUDGED that Plaintiff, CON-WAY FREIGHT, INC., does recover of and from, and is awarded judgment against Defendant, MIKOHN SIGNS AND GRAPHICS, LLC the sum of Sixty-Six Thousand One Hundred and 21/100 Dollars ($66,100.21), plus court costs of Four Hundred Nineteen and 25/100 Dollars ($419.25); for a total Judgment of Sixty-Six Thousand Five Hundred Nineteen and 46/100 Dollars

($66,519.46), with 18% interest to accrue on that amount from September 30, 2009, until the judgment is satisfied, for all of which let Execution issue; and it is further

ORDERED that Plaintiff may employ the Clark County Sheriff or any other Nevada Sheriff or Constable in order to enforce this Judgment.

**IT IS SO ORDERED**

Dated: January 24, 2011

---
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA

Submitted by:

DUBOWSKY LAW OFFICE, CHTD.

By:/s/PETER DUBOWSKY
    Peter Dubowsky, Esq. (4972)
    peter@dubowskylaw.com
    330 South Third Street
    Suite 680
    Las Vegas, Nevada 89101
    (702) 360-3500
    Fax (702) 360-3515
    Attorney for Plaintiff

- 2